# fIN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WALKER,** | : | |
|     Plaintiff | : | No. 1:22-cv-00965 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **KATHY BRITTAIN, et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 23rd day of September 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 7) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2);

2. Plaintiff is **DENIED** any further leave to amend his pleadings; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
